# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

0 6 - 5 7 4

JUSTINE MATHEWS,

        Plaintiff,

    v.

MEDASSIST, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)

C. A. No. _____

**SUMMONS IN A CIVIL CASE**

**TO:**   MedAssist, Inc.
       c/o National Registered Agents, Inc.
       160 Greentree Drive, Suite 101
       Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S COUNSEL

       Sean J. Bellew (#4072)
       David A. Felice (#4090)
       Cozen O'Connor
       Chase Manhattan Centre
       1201 North Market Street, Suite 1400
       Wilmington, Delaware  19801
       (302) 295-2000

an answer to the complaint which is herewith served upon you, within _____20_____ days after

service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment

by default will be taken against you for the relief demanded in the complaint.  You must also file

your answer with the Clerk of this Court within a reasonable period of time after service.


**PETER T. DALLEO**
_____
CLERK

_____9-13-06_____
DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE _September 14, 2006_ |
| NAME OF SERVER *(PRINT)* _Marian Hogan_ | TITLE _Process Server_ |

*Check one box below to indicate appropriate method of service*

___ Served personally upon the third-party defendant. Place where served: _____

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

___ Name of person with whom the summons and complaint were left: _____

___ Return unexecuted: _____

__X__ Other (specify): _By serving its Registered Agent known as National Registered Agents, Inc located at 160 Greentree Drive Ste 101 Dover DE 19904. Service accepted by Debra Sealund at 12:12 pm._

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Sept 14, 2006_
_____Date_____

_Marian Hogan_
*Signature of Server*

_15 East North Street Dover DE 19901_
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.