IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUSTINE MATHEWS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-cv-00574-JJF |
| MEDASSIST, INCORPORATED | ) |
| Defendant. | ) |

**DEFENDANT MEDASSIST, INCORPORATED'S MOTION TO DISMISS**

Defendant, MedAssist, Incorporated ("MedAssist"), by counsel, moves the Court to dismiss Plaintiff's Complaint for improper venue under Fed. R. Civ. P. 12(b)(3), or, in the alternative, to transfer the case to the Western District of Kentucky, pursuant to 28 U.S.C. § 1406(a). Venue in this district is improper under the specific venue provision of Title VII of The Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(3) because (1) Plaintiff does not live in Delaware, (2) none of the operative facts allegedly occurred in Delaware, (3) MedAssist is a Kentucky corporation with its principal place of business in Kentucky, (4) MedAssist has no employees in Delaware, and (5) MedAssist conducts no business in Delaware. Moreover, at a minimum, Kentucky is a more convenient forum under the general venue provisions of 28 U.S.C. § 1391. Further grounds in support of this Motion are set forth in the accompanying Brief in Support of Defendant's Motion to Dismiss.

{99999.00936 / W0079122}

Respectfully submitted,

/s/ Paul A. Bradley

Paul A. Bradley (DE Bar Id. No. 2156)
MARON MARVEL BRADLEY & ANDERSON, P.A.
1201 N. Market Street, Suite 900
Wilmington, Delaware 19801
(302) 472-1792 telephone
(302) 425-0180 facsimile
pab@maronmarvel.com

- and –

Thomas J. Birchfield (Pro Hac Vice application pending)
William C. Vail, Jr. (Pro Hac Vice application pending)
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 589-4200

COUNSEL FOR DEFENDANT,
MEDASSIST, INCORPORATED

Dated: October 4, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of October, 2006, I electronically filed and hand delivered the attached Defendant MedAssist, Incorporated's Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
(302) 295-2000
dfelice@cozen.com

I additionally certify that a true copy of the foregoing Defendant MedAssist, Incorporated's Motion to Dismiss was served via hand delivery, this 4th day of October 2006, upon:

Sean J. Bellew (#4072)
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
(302) 295-2000

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar Id. No. 2156)
COUNSEL FOR DEFENDANT

1174349_1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of October, 2006, I electronically filed and hand delivered the attached Defendant MedAssist, Incorporated's Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>David A. Felice (#4090)
>Cozen O'Connor
>Chase Manhattan Centre
>1201 North Market Street, Suite 1400
>Wilmington, Delaware  19801
>(302) 295-2000
>dfelice@cozen.com

I additionally certify that a true copy of the foregoing Defendant MedAssist, Incorporated's Motion to Dismiss was served via hand delivery, this 4th day of October 2006, upon:

>Sean J. Bellew (#4072)
>Cozen O'Connor
>Chase Manhattan Centre
>1201 North Market Street, Suite 1400
>Wilmington, Delaware  19801
>(302) 295-2000

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar Id. No. 2156)
COUNSEL FOR DEFENDANT

1174349_1