IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUSTINE MATHEWS, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 1:06-cv-00574-JJF <br> ) |
| MEDASSIST, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Thomas J. Birchfield to represent MedAssist, Inc. in this matter.

Respectfully submitted,

_____/s/ Paul A. Bradley_____
Paul A. Bradley (Bar No. 2156)
MARON MARVEL BRADLEY & ANDERSON, P.A.
1201 N. Market St., Ste. 900
Wilmington, DE 19801
(302) 472-1792

COUNSEL FOR DEFENDANT,
MEDASSIST, INC.

Date: __10/5/06__

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____            _____
                                                                          UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Indiana and Kentucky and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25 will be submitted to the Clerk's Office upon the filing of this motion.

Respectfully submitted,

_____
Thomas J. Birchfield
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 589-4200

Date: 10-4-06

1179452_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUSTINE MATHEWS,  )<br>  )<br>   Plaintiff,  )<br>  )<br> V.  )<br>  )<br> MEDASSIST, INCORPORATED  )<br>  )<br>   Defendant.  )<br>  ) | Case No. 1:06-cv-00574-JJF |

**CERTIFICATE OF SERVICE**

I, Paul A. Bradley, Esquire, hereby certify that, on October 6, 2006, I caused a true and correct copy of the Pro Hac Vice of Thomas J. Birchfield on behalf of Defendant MedAssist, Incorporated to be served upon counsel of record via electronic filing.

/s/ Paul A. Bradley
Paul A. Bradley (DE Bar Id No. 2156)