IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUSTINE MATHEWS, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-cv-574 JJF |
| MEDASSIST, INC., | : JURY TRIAL DEMANDED |
| Defendant. | : |

### STIPULATION AND ORDER TRANSFERRING MATTER

The parties hereby stipulate, subject to the approval of the Court, to the transfer of the above-captioned matter to the United States District Court for the Western District of Kentucky. The parties further stipulate that Defendant, MedAssist, Inc. has 20 days after the United States District Court for the Western District of Kentucky notifies the parties that it has accepted and docketed the case to answer or otherwise respond to the Complaint.

/s/ Paul A. Bradley
Paul A. Bradley (#2156)
Maron Marvel Bradley & Anderson, P.A.
1201 North Market Street, Suite 900
P.O. Box 288
Wilmington, DE 19801
Telephone: (302) 425-5177
  *Attorneys for Defendant, MedAssist, Inc.*

Dated: 10/19/2006

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
  *Attorneys for Plaintiff, Justine Mathews*

Dated: 10/19/2006

IT IS SO ORDERED this 26 day of October, 2006.

_____
Honorable Joseph J. Farnan, Jr.

WILMINGTON\38876\1 099994.000